RECEIVED - OJA
NOV 15 2017
EXECUTIVE DIRECTOR'S OFFICE

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
NOV 14 2017
RICK WARREN
COURT CLERK
40_____

## IN THE DISTRICT OF OKLAHOMA COUNTY
### STATE OF OKLAHOMA

| | |
|---|---|
| 1. KIMBERLY UNDERWOOD, | ) |
| Plaintiff, | ) CJ-17- |
| v. | ) CJ-2017-6534 |
| 1. STATE OF OKLAHOMA, *ex rel*, OKLAHOMA OFFICE OF JUVENILE AFFIARS, | ) ATTORNEY LIEN CLAIMED |
| Defendant. | ) |

## PETITION

**COMES NOW THE PLAINTIFF** and hereby pleads her claims as follows:

### PARTIES

1. The Plaintiff is Kimberly Underwood,[1] an adult resident of Tillman County, Oklahoma.

2. The Defendant is the State of Oklahoma, *ex rel*, Oklahoma Office of Juvenile Affairs, a state agency.

### VENUE

3. Plaintiff's claims are for gender discrimination and retaliation after Plaintiff complained of gender discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, and Oklahoma's Anti-Discrimination Act.

4. Venue is proper in Oklahoma County as the Defendant is an agency of the State of Oklahoma.

---

[1] Known as Kimberly Watson to the Defendant.

1

**Exhibit 2**

## STATEMENT OF FACTS

5.  The Defendant, as a stage agency, receives federal funding and employed at least fifteen (15) employees during at least twenty weeks of the current or proceeding calendar year, such that Defendant is an employer subject to the provisions of Title VII. There is no minimum employee requirement under the OADA.

6.  The Plaintiff was employed by the Defendant from around June 2008 until she was involuntarily terminated around May 9, 2017.

7.  At the time of Plaintiff's termination, she occupied the job position of Deputy Superintendent for the Oklahoma Juvenile Center for Girls.

8.  Plaintiff was qualified for her job and performed satisfactorily.

9.  Around the end of April 2017 I was told I was denied the position of Superintendent, a position I was qualified for and had been training to perform. A male was selected for the position instead of me, a female.

10. Around the last week of April 2017 I reported that the Programs Administrator, now the Superintendent, male) had abused a female in Defendant's custody, including by shackling her to a chair for a lengthy period of time and in violation of state laws and/or regulations.

11. Around the first week of May 2017 I complained of the gender discrimination regarding the failure to promote me to the Superintendent position.

12. I was terminated around May 1, 2017.

13. The stated reason for the termination was that I was "unclassified" and that my "services were no longer needed."

**Exhibit 2**

## PRAYER

**WHEREFORE**, Plaintiff requests this Court enter judgment in her favor and against the Defendant and grant all her compensatory damages suffered together with all damages, liquidated damages, attorneys' fees, costs and interest and such other legal and equitable relief as this Court deems just and proper in an amount in excess of that required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

**RESPECTFULLY SUBMITTED THIS 14th DAY OF NOVEMBER, 2017.**

        HAMMONS, GOWENS, HURST
        & ASSOCIATES

        */s/ Amber L. Hurst*
        Mark E. Hammons, OBA No. 3784
        Amber L. Hurst OBA No. 21231
        325 Dean A. McGee Avenue
        Oklahoma City, Oklahoma 73102
        Telephone: (405) 235-6100
        Email: Amber@hammonslaw.com
        *Counsel for Plaintiff*
        JURY TRIAL DEMANDED
        ATTORNEY'S LIEN CLAIMED

**Exhibit 2**