# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIMBERLY UNDERWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-1303-G |
| | ) | |
| STATE OF OKLAHOMA, *ex rel,* | ) | |
| OKLAHOMA OFFICE OF | ) | |
| JUVENILE AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

-and-

| | | |
|---|---|---|
| KIMBERLY UNDERWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-0325-G |
| | ) | |
| STATE OF OKLAHOMA, *ex rel,* | ) | |
| OKLAHOMA OFFICE OF | ) | |
| JUVENILE AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 21st DAY OF JUNE 2019.**

s/ Amber L. Hurst
Mark Hammons, OBA #3748
Amber L. Hurst OBA #21231
HAMMONS GOWENS HURST & ASSOC.
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amber@hammonslaw.com
*Attorneys for Plaintiff*

s/ Richard N. Mann
*(Signed by filing counsel with permission)*
Richard N. Mann, OBA #11040
Lexie P. Norwood, OBA #31414
Assistant Attorney General
Oklahoma Attorney General Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 521-4518 (fax)
richard.mann@oag.ok.gov
lexie.norwood@oag.ok.gov
*Attorneys for Defendant*